1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8

9 KASHARD OMAR BROWN,

10      Petitioner,                          Case No. 2:11-CV-01058-JCM-(CWH)

11 vs.                                   **ORDER**

12 BRIAN E. WILLIAMS, et al.,

13      Respondents.

14

15      Petitioner, through a special appearance by counsel appointed for him in post-conviction

16 proceedings in state court, has submitted a petition for writ of habeas corpus (#1) and a motion for

17 appointment of counsel (#20). Petitioner is unable to afford counsel, and most issues[1] presented

18 warrant the appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B).

19      IT IS THEREFORE ORDERED that the clerk of the court file the petition.

20      IT IS FURTHER ORDERED that petitioner's motion for appointment of counsel (#20) is

21 **GRANTED**. The Federal Public Defender is provisionally appointed to represent petitioner.

22      IT IS FURTHER ORDERED that the Federal Public Defender shall have thirty (30) days

23 from the date that this order is entered to undertake direct representation of petitioner or to indicate

24 to the court his inability to represent petitioner in these proceedings. If the Federal Public Defender

25 does undertake representation of petitioner, he shall then have sixty (60) days to file an amended

26 _____

27      [1]Ground 8 is a claim of errors in the state post-conviction proceedings. These errors are not addressable in federal habeas corpus. Franzen v. Brinkman, 877 F.2d 26, 26 (9th Cir. 1989). The

28 court will not dismiss ground 8 now because an amended petition, if new counsel chooses to file one, would supersede the original petition.

1   petition for a writ of habeas corpus.  If the Federal Public Defender is unable to represent petitioner,

2   then the court shall appoint alternate counsel.

3          IT IS FURTHER ORDERED that the clerk shall add Catherine Cortez Masto, Attorney

4   General for the State of Nevada, as counsel for respondents.

5          IT IS FURTHER ORDERED that the clerk shall electronically serve both the Attorney

6   General of the State of Nevada and the Federal Public Defender a copy of the petition (#1) and a

7   copy of this order.

8          DATED:   August 26, 2011.

9

10   _____
     JAMES C. MAHAN

11   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-