# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KASHARD OMAR BROWN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:11-CV-01058-JCM-(CWH)

**ORDER**

    Petitioner has submitted a motion for enlargement of time (second request) (#28), and a motion for enlargement of time (third request) (#29). Good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for enlargement of time (second request) (#28) and motion for enlargement of time (third request) (#29) are **GRANTED**. Petitioner shall have through February 28, 2012, to file an amended petition.

DATED: February 23, 2012.

_____
JAMES C. MAHAN
United States District Judge