1
2
3
4
5
6           **UNITED STATES DISTRICT COURT**
7                **DISTRICT OF NEVADA**
8
9    KASHARD OMAR BROWN,
10          Petitioner,              Case No. 2:11-CV-01058-JCM-(CWH)
11   vs.                             **ORDER**
12   BRIAN E. WILLIAMS, et al.,
13          Respondents.
14
15          Petitioner has submitted a motion for enlargement of time (second request) (#28), and a
16   motion for enlargement of time (third request) (#29).  Good cause appearing;
17          IT IS THEREFORE ORDERED that petitioner's motion for enlargement of time (second
18   request) (#28) and motion for enlargement of time (third request) (#29) are **GRANTED**.  Petitioner
19   shall have through February 28, 2012, to file an amended petition.
20          DATED:  February 23, 2012.
21
22                                        _____
23                                        JAMES C. MAHAN
                                          United States District Judge
24
25
26
27
28