1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8
9    KASHARD OMAR BROWN,
10         Petitioner,                          Case No. 2:11-CV-01058-JCM-(CWH)
11   vs.                                        **ORDER**
12   BRIAN E. WILLIAMS, et al.,
13         Respondents.
14
15         Respondents having submitted a motion for enlargement of time (second request) (#38), and
16   good cause appearing;
17         IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (second
18   request) (#38) is **GRANTED**.  Respondents shall have through August 6, 2012, to file and serve an
19   answer or other response to the amended petition (#31).
20         DATED:  June 26, 2012.
21
22                                                  _____
23                                                  JAMES C. MAHAN
                                                    United States District Judge
24
25
26
27
28