# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KASHARD OMAR BROWN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:11-CV-01058-JCM-(CWH)

**ORDER**

Respondents having submitted a motion for enlargement of time (second request) (#38), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (second request) (#38) is **GRANTED**. Respondents shall have through August 6, 2012, to file and serve an answer or other response to the amended petition (#31).

DATED: June 26, 2012.

_____
JAMES C. MAHAN
United States District Judge