# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KASHARD OMAR BROWN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:11-CV-01058-JCM-(CWH)

**ORDER**

    Respondents having submitted a motion for enlargement of time (third request) (#40), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (third request) (#40) is **GRANTED**. Respondents shall have through August 20, 2012, to file and serve an answer or other response to the amended petition (#31).

    DATED: August 9, 2012.

                                                      JAMES C. MAHAN
                                                      United States District Judge