# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KASHARD OMAR BROWN,<br><br>    Petitioner,<br><br>vs.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>    Respondents. | Case No. 2:11-CV-01058-JCM-(CWH)<br><br>**ORDER** |

Respondents having submitted a motion for enlargement of time (third request) (#40), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (third request) (#40) is **GRANTED**. Respondents shall have through August 20, 2012, to file and serve an answer or other response to the amended petition (#31).

DATED: August 9, 2012.

_____
JAMES C. MAHAN
United States District Judge