1
2
3
4
5
6
# UNITED STATES DISTRICT COURT
7
## DISTRICT OF NEVADA
8
9   KASHARD OMAR BROWN,
10        Petitioner,                          Case No. 2:11-CV-01058-JCM-(CWH)
11   vs.                                       **ORDER**
12   BRIAN E. WILLIAMS, et al.,
13        Respondents.
14
15        Petitioner having filed an unopposed motion for enlargement of time in which to file an
16   opposition to motion to dismiss (first request) (#51), and good cause appearing;
17        IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time
18   in which to file an opposition to motion to dismiss (first request) (#51) is **GRANTED**.  Petitioner
19   shall have through October 22, 2012, to file and serve an opposition to the motion to dismiss (#42).
20        DATED: September 10, 2012.
21
22
23                                          JAMES C. MAHAN
                                           United States District Judge
24
25
26
27
28