# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KASHARD OMAR BROWN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:11-CV-01058-JCM-(CWH)

**ORDER**

    Petitioner having filed an unopposed motion for enlargement of time in which to file an opposition to motion to dismiss (first request) (#51), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time in which to file an opposition to motion to dismiss (first request) (#51) is **GRANTED**. Petitioner shall have through October 22, 2012, to file and serve an opposition to the motion to dismiss (#42).

    DATED: September 10, 2012.

_____
JAMES C. MAHAN
United States District Judge