# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KASHARD OMAR BROWN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:11-cv-01058-JCM-CWH

**ORDER**

Respondents having submitted a motion for enlargement of time (first request) (#56), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (#56) is **GRANTED**. Respondents shall have through December 10, 2012, to file and serve a reply to petitioner's opposition to motion to dismiss (#55).

DATED: December 6, 2012.

_____
JAMES C. MAHAN
United States District Judge