# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KASHARD OMAR BROWN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:11-cv-01058-JCM-CWH

**ORDER**

    Petitioner having filed a motion for enlargement of time in which to file petitioner's declaration (#61), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for enlargement of time in which to file petitioner's declaration (#61) is **GRANTED**. Petitioner shall have through May 1, 2013, to file and serve a declaration that approves of the motion for stay and abeyance (#60).

    DATED: April 25, 2013.

_____
JAMES C. MAHAN
United States District Judge