# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KASHARD OMAR BROWN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:11-cv-01058-JCM-CWH

**ORDER**

Respondents having submitted a motion for enlargement of time (first request) (#64), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (#64) is **GRANTED**. Respondents shall have through May 9, 2013, to file and serve a response to petitioner's motion for stay and abeyance (#60).

DATED: May 6, 2013.

_____
JAMES C. MAHAN
United States District Judge