# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KASHARD OMAR BROWN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:11-cv-01058-JCM-CWH

**ORDER**

    The court stayed and closed this action while petitioner returned to state court to pursue post-conviction relief. Those proceedings have concluded, and petitioner has filed a motion to reopen (ECF No. 70). Good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion to reopen (ECF No. 70) is **GRANTED**. The clerk of the court shall reopen the action and lift the stay.

    IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date on which this order is entered to answer or otherwise respond to the amended petition (ECF No. 31). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

    DATED: July 11, 2016.

_____
JAMES C. MAHAN
United States District Judge