1
2
3
4
5
6
# UNITED STATES DISTRICT COURT
7
## DISTRICT OF NEVADA
8
9   KASHARD OMAR BROWN,
10          Petitioner,                    Case No. 2:11-cv-01058-JCM-CWH
11   vs.                                   **ORDER**
12   BRIAN E. WILLIAMS, et al.,
13          Respondents.
14
15          Respondents having filed an unopposed motion for enlargement of time (first request) (ECF
16   No. 73), and good cause appearing;
17          IT IS THEREFORE ORDERED THAT respondents' unopposed motion for enlargement of
18   time (first request) (ECF No. 73) is **GRANTED**.  Respondents will have through October 7, 2016,
19   to file and serve a response to the amended petition (ECF No. 31).
20          DATED:  September 7, 2016.
21
22
23                                         JAMES C. MAHAN
                                           United States District Judge
24
25
26
27
28