# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KASHARD OMAR BROWN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:11-cv-01058-JCM-CWH

**ORDER**

    Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 75), and good cause appearing;

    IT IS THEREFORE ORDERED THAT respondents' unopposed motion for enlargement of time (second request) (ECF No. 75) is **GRANTED**. Respondents will have through November 21, 2016, to file and serve a response to the amended petition (ECF No. 31).

    DATED: October 12, 2016.

                                                                      JAMES C. MAHAN
                                                                    United States District Judge