# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KASHARD OMAR BROWN,

     Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

     Respondents.

Case No. 2:11-cv-01058-JCM-CWH

**ORDER**

     Respondents having filed an unopposed motion for enlargement of time (third request) (ECF No. 77), and good cause appearing;

     IT IS THEREFORE ORDERED THAT respondents' unopposed motion for enlargement of time (third request) (ECF No. 77) is **GRANTED**.  Respondents will have through December 5, 2016, to file and serve a response to the amended petition (ECF No. 31).

     DATED:  November 29, 2016.

                               JAMES C. MAHAN
                               United States District Judge