# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KASHARD OMAR BROWN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:11-cv-01058-JCM-CWH

**ORDER**

    Petitioner having filed an unopposed motion for enlargement of time (second request) (ECF No. 82), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time (second request) (ECF No. 82) is **GRANTED**. Petitioner will have through March 8, 2017, to file and serve a response to the motion to dismiss (ECF No. 79).

    DATED: February 7, 2017.

                                                         _____
                                                         JAMES C. MAHAN
                                                         United States District Judge