# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KASHARD OMAR BROWN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>　　　　Respondents. | Case No. 2:11-cv-01058-JCM-CWH<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 90), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 90) is **GRANTED**. Respondents will have through June 13, 2019, to file and serve an answer to the amended petition (ECF No. 31).

DATED: May 8, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge