# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KASHARD OMAR BROWN,

Petitioner,

v.

BRIAN E. WILLIAMS, et al.,

Respondents.

Case No. 2:11-cv-01058-JCM-CWH

**ORDER**

Respondents having filed a motion for enlargement of time (second request) (ECF No. 92), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (second request) (ECF No. 92) is **GRANTED**. Respondents will have through July 12, 2019, to file and serve an answer to the amended petition (ECF No. 31).

DATED: June 19, 2019.

_____
JAMES C. MAHAN
United States District Judge