1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                       **DISTRICT OF NEVADA**
10

11  KASHARD OMAR BROWN,                     Case No. 2:11-cv-01058-JCM-CWH

12              Petitioner,                 **ORDER**

13         v.

14  BRIAN E. WILLIAMS, et al.,

15              Respondents.

16

17        Respondents having filed a motion for enlargement of time (third request) (ECF No. 94),

18  and good cause appearing;

19        IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (third

20  request) (ECF No. 94) is **GRANTED**.  Respondents will have through August 2, 2019, to file and

21  serve an answer to the amended petition (ECF No. 31).

22        DATED:  July 15, 2019

23                                          _____
                                            JAMES C. MAHAN
24                                          United States District Judge

25

26

27

28

                                            1