UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KASHARD OMAR BROWN,<br><br>               Petitioner,<br><br>   v.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>               Respondents. | Case No. 2:11-cv-01058-JCM-CWH<br><br>**ORDER** |

      Respondents having filed a motion for enlargement of time (fourth request) (ECF No. 97), and good cause appearing,

      IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (fourth request) (ECF No. 97) is **GRANTED**. Respondents will have through August 7, 2019, to file and serve an answer to the amended petition (ECF No. 31).

      DATED August 6, 2019.

                                                        JAMES C. MAHAN
                                                        United States District Judge