# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KASHARD OMAR BROWN,<br><br>Petitioner,<br><br>v.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:11-cv-01058-JCM-DJA<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 102), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 102) is **GRANTED**. Petitioner will have up to and including November 22, 2019, to file a reply to the amended answer (ECF No. 101).

DATED: September 26, 2019.

_____
JAMES C. MAHAN
United States District Judge

1