# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KASHARD OMAR BROWN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>　　　　　Respondents. | Case No. 2:11-cv-01058-JCM-DJA<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 104), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 104) is **GRANTED**. Petitioner will have up to and including January 21, 2020, to file a reply to the amended answer (ECF No. 101).

DATED: November 25, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge