# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KASHARD OMAR BROWN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>　　　　　Respondents. | Case No. 2:11-cv-01058-JCM-DJA<br><br>**ORDER** |

　　　　Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 106), and good cause appearing;

　　　　IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (third request) (ECF No. 106) is **GRANTED**. Petitioner will have up to and including March 6, 2020, to file a reply to the amended answer (ECF No. 101).

　　　　DATED: January 24, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1