# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KASHARD OMAR BROWN, | Case No. 2:11-cv-01058-JCM-DJA |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN E. WILLIAMS, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (fifth request) (ECF No. 110), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (fifth request) (ECF No. 110) is **GRANTED**. Petitioner will have up to and including April 13, 2020, to file a reply to the amended answer (ECF No. 101).

DATED: March 30, 2020.

JAMES C. MAHAN
United States District Judge